Heather E. Harriman, OSB #99236
heather.harriman@greenemarkley.com
GREENE & MARKLEY, P.C.
1515 SW Fifth Ave., Suite 600
Portland, OR 97201
Telephone: (503) 295-2668
Facsimile: (503) 224-8434
    Attorneys for Defendants

FILED'10 JAN 13 08:57USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**FEDERAL DEPOSIT INSURANCE CORPORATION**, as receiver for Bank of Wyoming,

    Plaintiff,

v.

**EXCELSIOR DEVELOPMENT COMPANY,** an Oregon general partnership, **JEFFREY L. CHAMBERLAIN, THEADORE J. CHAMBERLAIN, FAYE M. CHAMBERLAIN** and **DONNA J. CHAMBERLAIN,**

    Defendants.

No. 08-CV-0972-PK

**STIPULATED JUDGMENT**

Based on the stipulation of plaintiff and defendants Excelsior Development Company, LLC, ("EDC"), Jeffrey L. Chamberlain, Theadore J. Chamberlain, Faye M. Chamberlain and Donna J. Chamberlain, (collectively the "Chamberlains") it is hereby

/ / /

/ / /

/ / /

/ / /

/ / /

Page 1 of 2 - STIPULATED JUDGMENT

GREENE & MARKLEY, P.C.
1515 S.W. Fifth Avenue, Suite 600
Portland, OR 97201
Telephone: (503) 295-2668
Facsimile: (503) 224-8434

ORDERED AND ADJUDGED that judgment be awarded to plaintiff and against defendants EDC and Jeffrey, Donna, Theadore and Faye Chamberlain, and each of them, in the amount of $578,533.78 together with interest thereon at the rate of 12.5 percent per annum beginning June 6, 2007, until paid, plus attorney fees of $25,584.00 and costs of $3,829.61, for a total of $29,413.61.

DATED: 12 Jan/10

_____
U.S. DISTRICT JUDGE

SUBMITTED BY:

/s/ Heather E. Harriman
Heather E. Harriman, OSB #99236
GREENE & MARKLEY, P.C.
    Attorneys for Chamberlain Defendants


IT IS SO STIPULATED:

GREENE & MARKLEY, P.C.,

/s/ Heather E. Harriman               DATED: December 11, 2009.
Heather E. Harriman, OSB #99236
Telephone: (503) 295-2668
    Attorneys for Chamberlain Defendants


SUSSMAN SHANK LLP

/s/ Howard M. Levine                 DATED: December 11, 2009.
Howard M. Levine, OSB #800730
Telephone: (503) 248-0130
    Attorneys for Plaintiff


HUYCKE, O'CONNOR, JARVIS &
LOHMAN, LLP

/s/ Joseph R. Davis                   DATED: December 11, 2009.
Joseph R. Davis, OSB #982088
Telephone: (503) 248-0130
    Attorneys for Defendant Excelsior
    Development Company

Page 2 of 2 -  STIPULATED JUDGMENT

GREENE & MARKLEY, P.C.
1515 S.W. Fifth Avenue, Suite 600
Portland, OR 97201
Telephone: (503) 295-2668
Facsimile: (503) 224-8434

1  CERTIFICATE OF SERVICE

2  I hereby certify that I caused to be served the foregoing **STIPULATED JUDGMENT** on the date set forth below, true and correct copies were served by electronic notice through
3  the U.S. District court's ECF system, upon the following:

4  Howard M. Levine, Esq.
   howard@sussmanshank.com
5  Jeff D. Brecht, Esq.
   jeffb@sussmanshank.com
6  Sussman Shank LLP
   1000 SW Broadway, Suite 1400
7  Portland, OR 97205
        Attorneys for Plaintiff
8

   Joseph R. Davis, Esq.
   Jdavis@medfordlaw.net
   Huycke, O'Connor, Jarvis & Lohman, LLP
   823 Alder Creek Drive
   Medford, OR 97504
        Attorneys for Defendant Excelsior Development Company

9

10        DATED this 7th day of January, 2010.

11
                                    /s/ Heather E. Harriman
12                                  Heather E. Harriman, OSB #99236
                                    Attorneys for Defendants
13

14

15

16  G:\Clients\6473\003\SETTLEMENT DOCS 12-7-09\clean\P Stipulated Judgment 12-7-09.wpd

17

18

19

20

21

22

23

24

25

26

Page 1 of 1 - CERTIFICATE OF SERVICE