Howard M. Levine, OSB No. 800730
howard@sussmanshank.com
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130
Attorneys for Plaintiff Assignee

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| REPUBLIC CREDIT ONE, LP, as Assignee of FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for Bank of Wyoming,<br><br>Plaintiff,<br><br>v.<br><br>EXCELSIOR DEVELOPMENT COMPANY, an Oregon general partnership; JEFFREY L. CHAMBERLAIN; THEODORE J. CHAMBERLAIN; FAYE M. CHAMBERLAIN; and DONNA J. CHAMBERLAIN,<br><br>Defendants. | Case No. 08-cv-0972-PK<br><br>ASSIGNMENT OF STIPULATED JUDGMENT |

PLEASE TAKE NOTICE that for valuable consideration, plaintiff Federal Deposit Insurance Corporation, as receiver for Bank of Wyoming ("FDIC") hereby assigns, sells and transfers to Republic Credit One, LP ("Republic") all of FDIC's rights, title and interest in, to and under its Stipulated Judgment entered in the above-captioned action on or about January 13, 2010 ("Judgment") against Excelsior Development Company, an Oregon General Partnership; Jeffrey L. Chamberlain; Theodore J. Chamberlain;

Page 1 – ASSIGNMENT OF STIPULATED JUDGMENT

Faye M. Chamberlain; and Donna J. Chamberlain and each of them (collectively "Defendants"), and by such assignment does hereby authorize Republic to irrevocably ask, demand, and receive and sue out executions, and take all necessary steps to recover the money due or to become due on the Judgment, and upon payment thereof to acknowledge satisfaction and discharge the same.

Dated this  26th  day of April, 2010.

FEDERAL DEPOSIT INSURANCE CORPORATION,
as receiver for Bank of Wyoming

Date: 4-26-10

By: Jordan Bradley
Its: PCAM

STATE OF Idaho  )
                ) ss.
County of Blaine )

This instrument was acknowledged before me on April 26, 2010 by Jordan Bradley as PCAM of Federal Deposit Insurance Corporation, as receiver for Bank of Wyoming.

Notary Public for Hailey, ID
My Commission Expires: 04/06/12

F:\CLIENTS\20858\001\P-ASSIGNMENT OF JUDGMENT (2)-1.DOC

Page 2 – ASSIGNMENT OF STIPULATED JUDGMENT